UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARLOS S. MOSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | No: 20 CV 2277 |
| | ) | |
| vs. | ) | |
| | ) | JURY DEMAND |
| DEPKE GAS & WELDING SUPPLIES, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

# PLAINTIFF'S EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2020-05037 |
|---|---|---|

**ILLINOIS DEPARTMENT OF HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MR. CARLOS S MOSLEY** | Home Phone<br>**(217) 766-0209** | Year of Birth<br>**1977** |
|---|---|---|
| Street Address<br>**3742 SUMMER SAGE, CHAMPAIGN, IL 61822** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**DEPKE GAS & WELDING SUPPLIES** | No. Employees, Members<br>**15 - 100** | Phone No.<br>**(217) 367-1139** |
|---|---|---|
| Street Address<br>**806 W BRADLEY AVE., URBANA, IL 61801** | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **05-26-2020**  Latest **05-26-2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about April 15, 2018. My most recent position was Pumper. During my employment, I was subjected to different terms and conditions, including, but not limited to, harsher scrutiny than White employees. Subsequently, I was discharged on or about May 26, 2020.

I believe I was discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Carlos Mosley on 06-09-2020 11:00 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |